UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CFK OF NEWTON DEVELOPMENT COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CENTENNIAL INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>) 04 11828 DPW<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT OF CENTENNIAL INSURANCE COMPANY

Pursuant to Local Rule 7.3 (D. Mass.), the defendant, Centennial Insurance Company ("Centennial"), states that it is a wholly owned subsidiary of Atlantic Mutual Insurance Company. Atlantic Mutual Insurance Company is a mutual insurance corporation organized under the laws of the State of New York.

Respectfully submitted,

CENTENNIAL INSURANCE COMPANY,

By its attorneys,

Bert J. Capone, BBO #072880
Thomas H. Hayman, BBO #557279
CETRULO & CAPONE LLP
Two Seaport Lane
Boston, MA 02110
(617) 217-5500

Dated: August 20, 2004

## CERTIFICATE OF SERVICE

I, Thomas H. Hayman, hereby certify that a true and accurate copy of the foregoing document was served via first class mail, postage prepaid, this 20th day of August, 2004, upon the following:

Leo S. McNamara, Esq.
McNamara & Flynn PA
84 State Street
Boston, MA 02109

_____
Thomas H. Hayman, BBO #557279