MAS-20030912        **Commonwealth of Massachusetts**        09/01/2004
leakes        SUFFOLK SUPERIOR COURT        04:36 PM
       Case Summary
       Civil Docket

## SUCV2004-03631
### CFK Newton Development LLC v Centennial Insurance Company

| | | | | | |
|---|---|---|---|---|---|
| File Date | 08/17/2004 | Status | Disposed: transfered to other court (dtrans) | | |
| Status Date | 09/01/2004 | Session | C - Civil C | | |
| Origin | 1 | Case Type | E95 - Forfeiture G L c 94C sec 47 | | |
| Lead Case | | Track | F | | |
| Service | 11/15/2004 | Answer | 01/14/2005 | Rule12/19/20 | 01/14/2005 |
| Rule 15 | 01/14/2005 | Discovery | 06/13/2005 | Rule 56 | 07/13/2005 |
| Final PTC | 08/12/2005 | Disposition | 10/11/2005 | Jury Trial | Yes |

### PARTIES

**Plaintiff**
CFK Newton Development LLC
Active 08/17/2004

Private Counsel 339380
Leo S McNamara
McNamara & Flynn
84 State Street
9th Floor
Boston, MA 02109
Phone: 617-723-3344
Fax: 617-723-4477
Active 08/17/2004 Notify

**Defendant**
Centennial Insurance Company
Service pending 08/17/2004

Private Counsel 072880
Bert J Capone
Cetrulo & Capone
2 Seaport Lane
World Trade Center East 10th fl
Boston, MA 02210
Phone: 617-217-5500
Fax: 617-217-5200
Active 09/01/2004 Notify

Private Counsel 557279
Thomas H Hayman
Cetrulo & Capone
2 Seaport Lane
World Trade Center East 10th fl
Boston, MA 02210
Phone: 617-217-5500
Fax: 617-217-5200
Active 09/01/2004 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 08/17/2004 | 1.0 | Complaint of [party:plf] filed with request for trial by jury |
| 08/17/2004 | | Origin 1, Type E95, Track F. |
| 08/17/2004 | 2.0 | Civil action cover sheet filed |
| 08/27/2004 | | Certified copy of Petition for removal to US Dist court of deft (US Dist #04-11828DPW) |
| 09/01/2004 | | Case REMOVED this date to US District Court of Massachusetts |

### EVENTS

HEREBY ATTEST AND CERTIFY ON
Sept. 7, 2004 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY. _____
Asst. Clerk.