UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CFK OF NEWTON DEVELOPMENT COMPANY, LLC<br><br>Plaintiff,<br><br>v.<br><br>CENTENNIAL INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441(a)-(b) and 1446, the defendant, Centennial Insurance Company ("Centennial"), hereby files and submits this Notice of Removal relative to the above referenced matter. In support of this Notice, Centennial states as follows:

The plaintiff, CFK of Newton Development Company, LLC ("CFK"), commenced this lawsuit against Centennial in the Massachusetts Superior Court (Suffolk County) on August 17, 2004. A true and correct copy of the Complaint provided by CFK's counsel is attached hereto as Exhibit A. Centennial received notice of the commencement of this action on or about August 18, 2004.

Centennial is a New York corporation with a principal place of business in New York, New York. According to the complaint, CFK is a limited liability corporation organized under the laws of the Commonwealth of Massachusetts having a principal place of business at 266 Summer Street, Boston, Massachusetts. The amount in controversy is in excess of $75,000, exclusive of interest and costs. Accordingly, the Court has jurisdiction over this civil action based upon diversity of citizenship and amount in controversy, see 28 U.S.C. § 1332, and this action is removable pursuant to 28 U.S.C. § 1441.

WHEREFORE, Centennial Insurance Company hereby removes this action to the United States District Court for the District of Massachusetts (Eastern Division) pursuant to the governing statutes.

Respectfully submitted,

CENTENNIAL INSURANCE COMPANY,

By its attorneys,

Bert J. Capone, BBO #072880
Thomas H. Hayman, BBO #557279
CETRULO & CAPONE LLP
Two Seaport Lane
Boston, MA 02110
(617) 217-5500

. HEREBY ATTEST AND CERTIFY ON Sept. 7, 2004, THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE, AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY. _____
Asst. Clerk

Dated: August 20, 2004

## CERTIFICATE OF SERVICE

I, Thomas H. Hayman, hereby certify that a true and accurate copy of the foregoing document was served via first class mail, postage prepaid, this 20th day of August, 2004, upon the following:

Leo S. McNamara, Esq.
McNamara & Flynn PA
84 State Street
Boston, MA 02109

Thomas H. Hayman, BBO #557279

01625-0013
339951v1