UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CFK OF NEWTON DEVELOPMENT COMPANY, LLC<br><br>Plaintiff,<br><br>v.<br><br>CENTENNIAL INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 04 CV 11828 DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**

Pursuant to the Notice of Scheduling Conference dated August 24, 2004, Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(D) (D. Mass.), counsel for the plaintiff, CFK of Newton Development Company, LLC ("CFK"), and counsel for the defendant, Centennial Insurance Company ("Centennial"), have conferred and submit the following:

**I.    PROPOSED AGENDA OF MATTERS TO BE DISCUSSED AT SCHEDULING CONFERENCE**

Establishment of pretrial schedule, including discovery, motions and case management conferences.

**II.   PROPOSED PRETRIAL SCHEDULE**

The parties propose a phased discovery and motion schedule and offer the following background information in support of their proposal.

CFK entered into a construction contract with Adam Construction Corporation, Inc. ("Adam"), which called for Adam to construct condominium units for CFK. Centennial issued a performance surety bond on behalf of Adam. Disputes developed between CFK and Adam, and CFK ultimately completed the project on its own. CFK now seeks several million dollars of

alleged damages from Centennial. Centennial denies liability, among other reasons, alleging that CFK did not comply with the requirements of the bond and the contract for defaulting and terminating Adam and making a claim under the bond. Centennial plans to file a motion for summary judgment seeking a determination that it is discharged from all liability. The pretrial schedule proposed below contemplates discovery and motion practice related primarily to Centennial's discharge defense, as it would be in the interest of judicial economy, and in the parties' interests, to resolve that issue first.

|   | Event | Deadline |
|---|---|---|
| 1. | Service of Rule 26 initial disclosures: | 10/12/04 |
| 2. | All motions under Fed. R. Civ. P. Rules 12, 19 and 20 filed: | 12/31/04 |
| 3. | Completion of written discovery and fact witness depositions: | 02/04/05 |
| 4. | Deadline to file summary judgment motions: | 03/04/05 |
| 5. | Deadline to file oppositions to summary judgment motion: | 03/25/05 |
| 6. | Deadline to file replies to oppositions to summary judgment motions: | 04/01/05 |
| 7. | Deadline for plaintiff's reply (if any): | 04/08/05 |

If Centennial does not file a motion for summary judgment by February 18, 2005, or if Centennial's motion for summary judgment is denied, the parties will request a further scheduling conference for all remaining discovery.

### III. MAGISTRATE JUDGE

The parties do not consent to a trial by magistrate judge.

IV. **CERTIFICATION OF CONFERENCE REGARDING BUDGET AND ALTERNATIVE DISPUTE RESOLUTION**

The parties and their respective attorneys certify by their signatures below and pursuant to Local Rule 16.1(D)(3), that each party has conferred with its counsel:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **CFK OF NEWTON DEVELOPMENT COMPANY, LLC** | **CENTENNIAL INSURANCE COMPANY,** |
| By its attorneys, | By its attorneys, |
| /s/ Leo S. McNamara | /s/ Thomas H. Hayman |
| Leo S. McNamara, BBO #339380 | Bert J. Capone, BBO #072880 |
| McNAMARA & FLYNN, P.A | Thomas H. Hayman, BBO #557279 |
| 84 State Street | CETRULO & CAPONE LLP |
| Boston, MA 02109 | Two Seaport Lane, 10th Floor |
| (617) 723-3344 | Boston, MA 02210 |
|  | (617) 217-5500 |

Certifications regarding Part IV, above:

| **CFK OF NEWTON DEVELOPMENT COMPANY, LLC,** | **CENTENNIAL INSURANCE COMPANY,** |
|---|---|
| /s/ Robert Fox | /s/ Nancy Manno |
| By: Robert Fox, Manager | By: Nancy Manno, Surety Claims Specialist |

3