UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CFK of NEWTON DEVELOPMENT COMPANY, LLC, )<br>　　　　Plaintiff )<br>)<br>v. )<br>)<br>CENTENNIAL INSURANCE COMPANY, )<br>　　　　Defendant )<br>) | C.A. No. 04-11828-DPW |

**JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER**

　　The parties hereto by their respective counsel of record move for modification of the Scheduling Order issued by this Court on September 28, 2004, by extending all deadlines set forth in the Scheduling Order by 90 days as set forth in the proposed attached Modified Scheduling Order. The parties assign as their reason therefore that, although they are currently engaged in discovery, the parties need additional time to complete discovery. No previous requests for extensions have been made.

| | |
|---|---|
| CFK of NEWTON DEVELOPMENT, COMPANY, LLC<br>By its Attorney, | CENTENNIAL INSURANCE COMPANY<br>By its Attorneys, |
| /s/ Leo S. McNamara<br>Leo S. McNamara, Esq.<br>BBO #339380<br>McNAMARA & FLYNN, P.A.<br>84 State Street, 9th Floor<br>Boston, MA 02109<br>(617) 723-3344 | /s/ Thomas H. Hayman<br>Bert J. Capone, Esq. BBO #072880<br>Thomas H. Hayman, Esq. BBO #557279<br>CETRULO & CAPONE LLP<br>Two Seaport Lane, 10th Floor<br>Boston, MA 02110<br>(617) 217-5500 |

DATED:　　January 14, 2005