UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CFK of NEWTON DEVELOPMENT )<br>COMPANY, LLC, )<br>      Plaintiff )<br>)<br>v. )<br>)<br>CENTENNIAL INSURANCE COMPANY, )<br>      Defendant )<br>) | C.A. No. 04-11828-DPW |

**MODIFIED SCHEDULING ORDER**

The Scheduling Order of this Court dated September 2004 is hereby modified as set forth below. In all other respects, the Scheduling Order of September 28, 2004 is to remain in full force and effect:

1. Discovery is to be completed by May 4, 2005;

2. Motions for Summary Judgement are to be by June 4, 2005, and responses are to be filed by June 25, 2005; and

3. A further Scheduling/Status Conference is set for July 12, 2005. By July 5, 2005 the parties shall file a status report in the format of this Court's September 28, 2004 Scheduling Order.

By the Court,

_____

Dated: