UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CFK OF NEWTON DEVELOPMENT COMPANY, LLC,**<br>　　Plaintiff,<br><br>v.<br><br>**CENTENNIAL INSURANCE COMPANY,**<br>　　Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 04-CV11828DPW<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearances of Jonathan C. Burwood as counsel for Centennial Insurance Company in the above-entitled action.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　**Centennial Insurance Company**
　　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　　/s/ Jonathan C. Burwood
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Jonathan C. Burwood, BBO #643674
　　　　　　　　　　　　　　　　　　　Cetrulo & Capone LLP
　　　　　　　　　　　　　　　　　　　Two Seaport Lane, 10th Floor
　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　(617) 217-5500

Date: April 20, 2005