UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CFK OF NEWTON DEVELOPMENT COMPANY, LLC,<br>    Plaintiff,<br><br>v.<br><br>CENTENNIAL INSURANCE COMPANY,<br>    Defendant. | Civil Action No. 04-CV11828DPW |

**JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER**

The parties hereto, by their respective counsel of record, hereby move for modification of the Scheduling Order issued by this Court on September 28, 2004, and thereafter extended by ninety (90) days on or about January 18, 2005. As set forth herein, the parties request that all deadlines set forth in the Scheduling Order be extended by ninety (90) days as set forth in the proposed Modified Scheduling Order attached. This is the parties' second request for a modification to the Scheduling Order. In support of the requested ninety (90) day extension, the parties state as follows:

The parties and/or their affiliates are interested participants in a Chapter 11 bankruptcy proceeding pending in the United States Bankruptcy Court for the District of Massachusetts captioned as *In re: Adam Construction Corporation, Inc.*, Case No. 03-19301-WCH. The primary focus of the bankruptcy proceeding concerns several residential construction projects, including the project that is the subject of this action, for which the Debtor, Adam Construction Corporation, Inc. ("Adam"), served as the general contractor on behalf of several affiliates of Bradford Development Corp.,

including the Plaintiff in this action, CFK of Newton Development, LLC. Defendant Centennial Insurance Company issued surety bonds on behalf of Adam in connection with several of the projects in question.

On or about April 6, 2005, Adam and its equity holder, Albert Mendelsohn, filed a Proposed Plan of Reorganization and associated Disclosure Statement in the bankruptcy proceeding which, among other things, provides for the settlement of the claims that CFK asserts against Centennial in this case. Copy attached as <u>Exhibit A</u>. To this end, the Plan provides for the dismissal of this action with prejudice and without costs.

On April 13, 2005, the Honorable William C. Hillman of the United States Bankruptcy Court for the District of Massachusetts scheduled a consolidated hearing on confirmation of the Plan and associated Disclosure Statement for May 26, 2005. In the event the Bankruptcy Court enters a Confirmation Order following the hearing, the Plan calls for the dismissal with prejudice of this action within ten (10) days following the date of confirmation.

In light of the foregoing, the parties respectfully request a ninety (90) day extension to the Scheduling Order, including the discovery deadline now set for May 4, 2005, to avoid incurring unnecessarily the expense of completing discovery only to have this action dismissed as a result of confirmation of the bankruptcy Plan. The parties have substantially completed written discovery. In the event the Bankruptcy Court rejects the Plan, the parties would be able to complete phase one discovery in this case, including depositions, within six (6) weeks of the Bankruptcy Court Order. This

-3-

request for a ninety (90) day extension includes some flexibility in case the Bankruptcy Court continues the May 26, 2005 confirmation hearing, or that hearing is not dispositive of the parties' efforts to resolve CFK's claims against Centennial. A proposed Modified Scheduling Order incorporating the foregoing is attached hereto.

Respectfully submitted,

| | |
|---|---|
| CENTENNIAL INSURANCE COMPANY<br>By its attorneys, | CFK OF NEWTON DEVELOPMENT COMPANY, LLC<br>By its attorney, |
| /s/ Jonathan C. Burwood<br>_____<br>Bert J. Capone, BBO#072880<br>Thomas H. Hayman, BBO#557279<br>Jonathan C. Burwood, BBO #643674<br>CETRULO & CAPONE LLP<br>Two Seaport Lane, 10th Floor<br>Boston, MA 02210<br>(617) 217-5500 | /s/ Leo S. McNamara<br>_____<br>Leo S. McNamara, Esq., BBO#339380<br>MCNAMARA & FLYNN, P.A.<br>84 State Street, 9th Floor<br>Boston, MA 02109<br>(617) 723-3344 |

Dated: April 21, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CFK OF NEWTON DEVELOPMENT COMPANY, LLC,<br>    Plaintiff,<br><br>v.<br><br>CENTENNIAL INSURANCE COMPANY,<br>    Defendant. | )<br>)<br>)<br>)<br>)    Civil Action No. 04-CV11828DPW<br>)<br>)<br>)<br>)<br>) |

## MODIFIED SCHEDULING ORDER

The Scheduling Order of this Court dated January 18, 2005 is hereby modified as follows:

1. Discovery is to be completed by August 1, 2005;

2. Motions for Summary Judgment are to be filed by September 1, 2005, with responses filed by September 21, 2005; and

3. A further Scheduling/Status Conference is set forth October 12, 2005. By October 5, 2005, the parties shall file a status report in the format identified by this Court's September 28, 2004 Scheduling Order.

By the Court,

_____

Dated:

-4-

01625-0020
369633v1