UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CFK OF NEWTON DEVELOPMENT COMPANY, LLC,<br>    Plaintiff,<br><br>v.<br><br>CENTENNIAL INSURANCE COMPANY,<br>    Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 04-CV11828DPW<br>)<br>)<br>)<br>)<br>) |

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Jonathan C. Burwood on behalf of Centennial Insurance Company. Bert J. Capone retains his appearance on behalf of Centennial.

                                            Respectfully Submitted,
                                            **Centennial Insurance Company**
                                            By its attorneys,

                                            /s/ Jonathan C. Burwood
                                            _____
                                            Jonathan C. Burwood, BBO #643674
                                            Cetrulo & Capone LLP
                                            Two Seaport Lane, 10th Floor
                                            Boston, MA 02110
                                            (617) 217-5500

Date: June 30, 2005