## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CFK OF NEWTON DEVELOPMENT COMPANY, LLC,**  )<br>  )<br>  )<br>**Plaintiff,**  )<br>  )<br>  )<br>**v.**  )<br>  )<br>  )<br>**CENTENNIAL INSURANCE COMPANY,**  )<br>  )<br>  )<br>**Defendant.**  )<br>  )<br>  ) | **Civil Action No. 04-CV11828DPW** |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), all parties to the above-captioned action hereby stipulate to the dismissal of the above-captioned action, including all claims asserted in this action, with prejudice, without costs and all rights of appeal being waived.

Respectfully submitted,

CENTENNIAL INSURANCE COMPANY
By its attorneys,

CFK OF NEWTON DEVELOPMENT
COMPANY, LLC
By its attorney,

/s/ Thomas H. Hayman
Thomas H. Hayman, BBO#557279
CETRULO & CAPONE LLP
Two Seaport Lane, 10th Floor
Boston, MA  02210
(617) 217- 5500

/s/ Leo S. McNamara
Leo S. McNamara, Esq., BBO#339380
MCNAMARA & FLYNN, P.A.
84 State Street, 9th Floor
Boston, MA 02109
(617) 723-3344

01625-0020
375630v1